975 F.2d 1549
 Greater Atlantic & Pacific Tea Co., Inc.
v.
Carman (Robert), Maurer (J. Fred), Preis (Francis), Young
(William, Jr.), Mull (Richard), Quinn (Martin), Ciaudelli
(Raphael), Lagano (Angelo), Rocco (Samuel), Rasmimi
(Ronald), Tyrie (Norman), Young (Wendell, III), Deutsch
(William), Bowman (Clay), United Food and Commercial Workers
Union and Participating Food Industry Employees Tri-State Pension Fund
 NO. 92-1094
 United States Court of Appeals,
Third Circuit.
 Aug 25, 1992
 
 Appeal From: E.D.Pa.,
 O'Neill, J.,
 
 781 F.Supp. 1086
 
 1
 AFFIRMED.